PROB 12
(Rev. 3/88)

1405 Cranapple Cove
Nashville, TN 37207

# United States District Court

## for

## Middle District of Tennessee

U. S. A. vs. RODERICK POUNDS                      Docket No. 3:03-00032-01

### Petition on Probation and Supervised Release

COMES NOW <u>Denny Boguskie</u> PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of <u>Roderick Pounds</u> who was placed on supervision by the Honorable Judge <u>Robert L. Echols.</u> sitting in the court at <u>Nashville, Tennessee</u>, on the <u>26th</u> day of <u>November, 2003</u>, who fixed the period of supervision at <u>two (2) years</u> and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. Home detention for six months.
2. Restitution in the amount of $61,248.00 to the Internal Revenue Service.
3. Provide probation officer access to any requested financial information.
4. Not incur new debt or open additional lines of credit without the prior approval of the probation officer, unless the defendant is in compliance with the payment schedule for any court-imposed financial sanctions.
5. Timely file any income tax returns as required by law and shall provide a copy of all returns, with schedules attached, to the probation officer within five days of filing.
6. Prohibited from owning, carrying, or possessing firearms, destructive devices, or other dangerous weapons.

*RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS*:

Mr. Pounds has paid a total of $6,800.00 during the two-year period of supervision leaving a balance of $54,448.00. Mr. Pounds has signed a promissory note, which is attached for the Court's review, agreeing to pay a minimum monthly rate of ten (10%) percent of his gross monthly income per month following his release from supervision. The U.S. Attorney's Office has been consulted and is not opposed to this request.

**PRAYING THAT THE COURT WILL ORDER** the offender's supervision to be allowed to expire on November 25, 2005, still owing restitution.

ORDER OF COURT                      Respectfully,

Considered and ordered this 25 day of October, 2005, and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge
Robert L. Echols

_____
U.S. Probation Officer
Denny Boguskie

Place    Clarksville, TN

Date    October 24, 2005

# PROMISSORY NOTE

WHEREAS, I, **Roderick Pounds**, hereby acknowledge a restitution balance as of October 5, 2005, of **Fifty-Four Thousand Four Hundred Forty-Eight Dollars ($54,448.00)** owed to the **Internal Revenue Service**.

WHEREAS, on November 26, 2003, I was sentenced in the United States District Court for the Middle District of Tennessee to two (2) years' probation and ordered to pay restitution of Sixty-One Thousand Two Hundred Forty-Eight Dollars ($61,248.00) to the Internal Revenue Service.

WHEREAS, I acknowledge my obligation to continue making payments following the termination of my probation.

NOW, THEREFORE, I hereby promise to pay the Internal Revenue Service in the total amount of **$54,448.00**, payable at a minimum monthly rate of ten (10%) percent of my gross monthly income commencing the month immediately following my release from supervision. Payments shall be made payable to the U.S. District Court Clerk and mailed to:

> U.S. District Court Clerk
> 800 U.S. Courthouse
> 801 Broadway
> Nashville, TN 37203.

Signed: _/s/ Roderick Pounds_
Roderick Pounds

Dated: 10/20/05

Witness: _/s/ Denny Boguskie_
Denny Boguskie
Senior U.S. Probation Officer